Gasper MULE, Appellant, v. A. C. ADERHOLD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

No. 6312.

Circuit Court of Appeals, Fifth Circuit.
Oct. 21, 1931.

Gasper Mule and Tillou Von Nunes, of Atlanta, Ga., for appellant.

Clint W. Hager, U. S. Atty., and Hal Lindsay, Asst U. S. Atty., both of Atlanta, Ga., for appellee.

Before BRYAN, FOSTER and WALKER, Circuit Judges.

PER CURIAM.

The judgment is affirmed.